IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:09-CR- /7 -CDL |
|---|---|
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 511 |
| RONNIE DUCKWORTH | : 18 U.S.C. § 2312 |

THE GRAND JURY CHARGES:

## COUNT ONE

### FALSIFICATION AND REMOVAL OF MOTOR VEHICLE INDENTIFICATION NUMBERS

### 18 U.S.C. § 511

That between March 10, 2006, and March 23, 2006, in the Columbus Division of the Middle District of Georgia,

**RONNIE DUCKWORTH,**

defendant herein, did knowingly and unlawfully remove and obliterate the vehicle identification number (VIN) for a motor vehicle, to wit: a 2004 Yamaha motorcycle, having altered its VIN to read as JYARJ04E92A026566; all in violation of Title 18, United States Code, Section 511.

## COUNT TWO

### INTERSTATE TRANSPORTATION OF A STOLEN MOTOR VEHICLE

### 18 U.S.C. § 2312

That on or about May 26, 2007, in the Columbus Division of the Middle District of Georgia,

**RONNIE DUCKWORTH,**

defendant herein, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a 2004 Yamaha motorcycle, vehicle identification number J4ARN13E24A002429, from the State

of Georgia to the State of South Carolina, knowing the same to be stolen; all in violation of Title 18, United States Code, Section 2313.

A TRUE BILL

_____
S/FOREPERSON OF THE GRAND JURY

*[signature]*
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 17th day of June, A.D. 2009.

_____
DEPUTY CLERK