

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

| | |
|---|---|
| Date: 1/27/2010 | Type of Hearing: Pretrial Conference |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Pamela Sweeden | Interpreter: n/a |

<u>Case Number:</u>   4:09-CR-17-001 (CDL)

| | |
|---|---|
| United States | Counsel: Mel Hyde |
| vs. | |
| Ronnie Duckworth | Counsel: Peter Hoffman |

Agents/experts in attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR: 20 minutes*

10:35 AM    Court convened. The case was announced and participants were recognized. Peter Hoffman was present to represent Defendant and announced ready for trial. The Court informed the parties that this case would be criminal T-3, and jury selection would be Monday, March 1, 2010. The Court reminded counsel of the juror questionnaires and the method for voir dire.

The Court heard argument on the motion in limine (doc. 25) and determined that the Government would refrain from mentioning those matters set out in the motion in limine, but the Government reserved the right to re-address the matter during trial. The Court had Mr. Mel Hyde put on the record the Government's plea offer.

10:50 AM    Court adjourned.